**STATE v. HOLMAN**

[350 N.C. 86 (1999)]

STATE OF NORTH CAROLINA v. MARK LAQUOIR HOLMAN

No. 388PA98

(Filed 4 March 1999)

On appeal of right of a constitutional question pursuant to N.C.G.S. § 7A-30(1) to review a unanimous, unpublished decision of the Court of Appeals, 130 N.C. App. 486, 506 S.E.2d 298 (1998), finding no error in the denial of a motion to suppress certain physical evidence entered by Stephens (Ronald L.), J., at the 30 September 1996 Criminal Session of Superior Court, Durham County. Heard in the Supreme Court 11 February 1999.

*Michael F. Easley, Attorney General, by William B. Crumpler, Assistant Attorney General, for the State.*

*Daniel Shatz for defendant-appellant.*

PER CURIAM.

AFFIRMED.